**DISMISS; and Opinion Filed June 28, 2013.**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00164-CV**

**JON MARK ROBERTSON, JR., AS TRUSTEE FOR THE**
**ROBERTSON MARTINEZ CHILDREN'S TRUST**
**AS ASSIGNEE OF SARA K. ROBERTSON (NOW DECEASED),**
**AND JON MARK ROBERTSON, Appellants**
**V.**
**UNITED HEALTHCARE INSURANCE COMPANY, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15320**

**MEMORANDUM OPINION**
Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Lang-Miers

Before the Court is appellants' June 6, 2013 unopposed motion to dismiss the appeal.

Appellants have informed the Court that the parties have settled their differences. Accordingly,

we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130164F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JON MARK ROBERTSON, JR., AS
TRUSTEE FOR THE ROBERTSON
MARTINEZ CHILDREN'S TRUST AS
ASSIGNEE OF SARA K. ROBERTSON
(NOW DECEASED), AND JON MARK
ROBERTSON, Appellants

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-15320.
Opinion delivered by Justice Lang-Miers.
Justices Moseley and Bridges, participating.

No. 05-13-00164-CV        V.

UNITED HEALTHCARE INSURANCE
COMPANY, Appellee

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 28th day of June, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

–2–